COMMONWEALTH of Pennsylvania,
Respondent,

v.

**Julie Rene MAKER, Petitioner.**

Supreme Court of Pennsylvania.

March 16, 1999.

### ORDER

PER CURIAM:

**AND NOW,** this 16th day of March 1999, the petition for allowance of appeal is **GRANTED,** limited to the issue of whether 18 Pa.C.S.A. §7329, Prohibition of certain types of entertainment on bottle club premises, violates the First Amendment freedom of expression. The application to supplement the petition for allowance of appeal is also granted.

### ORDER

PER CURIAM:

**AND NOW,** this 16th day of March 1999, the petition for allowance of appeal is **GRANTED,** limited to the issue of whether 18 Pa.C.S.A. §7329, Prohibition of certain types of entertainment on bottle club premises, violates the First Amendment freedom of expression. The application to supplement the petition for allowance of appeal is also granted.

COMMONWEALTH of Pennsylvania,
Respondent,

v.

**James Darrell LOUGHARD, Petitioner.**

Supreme Court of Pennsylvania.

March 16, 1999.

### ORDER

PER CURIAM:

**AND NOW,** this 16th day of March 1999, the petition for allowance of appeal is **GRANTED,** limited to the issue of whether 18 Pa.C.S.A. §7329, Prohibition of certain types of entertainment on bottle club premises, violates the First Amendment freedom of expression. The application to supplement the petition for allowance of appeal is also granted.

COMMONWEALTH of Pennsylvania,
Respondent,

v.

**Shelly Ann GRUMBLING, Petitioner.**

Supreme Court of Pennsylvania.

March 16, 1999.

